NOT FOR PUBLICATION

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

FILED

MAY 7 2020

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| NATIONAL ASSOCIATION OF AFRICAN-AMERICAN OWNED MEDIA, a California Limited Liability Company; ENTERTAINMENT STUDIOS NETWORKS, INC., a California corporation, | No.  17-55723 |
| | D.C. No. 2:16-cv-00609-GW-FFM |
| Plaintiffs-Appellees, | |
| v. | ORDER* |
| CHARTER COMMUNICATIONS, INC., a Delaware corporation, | |
| Defendant-Appellant. | |

On Remand from the United States Supreme Court

Before:  SCHROEDER, M. SMITH, and NGUYEN, Circuit Judges.

On March 30, 2020, the U.S. Supreme Court granted Appellant's petition for certiorari, vacated our opinion filed February 4, 2019, and remanded for further consideration in light of *Comcast Corp. v. National Assn. of African American-Owned Media*, 589 U. S. ___ (2020).  We hereby **VACATE** the district court's decision and **REMAND** for further proceedings consistent with *Comcast*.

---

* This disposition is not appropriate for publication and is not precedent except as provided by Ninth Circuit Rule 36-3.

**IT IS SO ORDERED.**